JS-6

**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL OF CALIFORNIA

| | |
|---|---|
| MELISSA GO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY and BANK OF AMERICA LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO.  14-cv-05680-PA (JCGx)<br>*Judge Percy Anderson*<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDCIE**<br><br>Courtroom 15 |

Pursuant to the Joint Stipulation for Dismissal of Entire Action With Prejudice by and between Plaintiff Melissa Go and Defendants Aetna Life Insurance Company and Bank of America Long Term Disability Insurance Plan, the Court orders the entire action dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: November 12, 2014

_____
Hon. Percy Anderson
United States District Judge

1095449/21230653v.1

-1-

ORDER RE STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE